IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, )<br>1810 Kenyon Street, N.W., )<br>Washington, DC 20010, )<br>        )<br>    Plaintiff, )<br>        )<br>v.       ) Case No.<br>        )<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION SERVICE, )<br>1300 Pennsylvania Avenue, N.W., )<br>Washington, DC 20229, )<br>        )<br>    Defendant. )<br>        ) | |

## COMPLAINT

### I. Introduction

1.  By this action, plaintiff, Montage, Inc. (Montage), seeks an Order from this Court to compel the defendant, United States Customs and Border Protection Service (USCBP), to produce agency records, pursuant to 5 U.S.C. § 552, commonly referred to as the Freedom of Information Act (Act).

### II. Parties Jurisdiction and Venue

2.  Plaintiff, Sina Moayedi is an individual residing at 1810 Kenyon Street, N.W., Washington, DC 20010, and a citizen of the United States.

3.  Defendant, USCBP is an agency within the U.S. Department of Homeland Security, with a principal office located at 1300 Pennsylvania Avenue, N.W., Washington, DC 20229.

4. Upon information and belief, USCBP is in possession, custody or control over records to which Plaintiffs seek access.

5. Jurisdiction obtains in this action pursuant to 5 U.S.C. § 552 (a) (4) (B) and 28 U.S.C. § 1331.

6. Venue is appropriate as both of the plaintiffs are residents of the District of Columbia and pursuant to 5 U.S.C. § 552 (a) (4) (B) and 28 U.S.C. § 1391 (e).

### III. Factual Allegations

7. Mr. Moayedi was born in Iran, but he has been a naturalized citizen of the United States since March 12, 1991.

8. Mr. Moayedi is the president of Montage, Inc., a public construction contractor engaged by the U.S. Government on numerous construction projects throughout the United States and overseas.

9. On November 9, 2004, Mr. Moayedi was returning to the United States from a business trip to Jamaica to visit a Montage construction project for the U.S. Department of State at the U.S. Embassy in Kingston.

10. After disembarking from his flight at Miami International Airport Mr. Moayedi was stopped and questioned extensively and his luggage searched by USCBP personnel.

11. Since that date each time he has entered the United States from overseas he has been stopped and interrogated by the USCBP.

12. Each time Mr. Moayedi has asked why he is being questioned and his luggage searched upon entry to this country but USCBP personnel have been unable or unwilling to answer those questions.

13. On or about November 20, 2004, Mr. Moayedi's counsel submitted a written request on his behalf to USCBP under the Act requesting access to the following records and to documents containing the following information:

- The reason(s) Mr. Moayedi was selected for search by the CBP;

- Whether Mr. Moayedi is on any "watch list" or other list of persons of interest of CBP, or deserves any special attention by CBP;

- Whether CBP has been notified by any other agency or department of the United States that Mr. Moayedi is on any "watch list" or other list of persons of interest, or deserves special attention;

- Whether Mr. Moayedi's passport record or other record on file with CBP contains any notation or indication that he should be stopped and searched or that he should be treated or inspected differently from any other U.S. Citizen;

- All documents and communications by and between the CBP and any other agencies or departments of the United States concerning Items 1 through 4 above;

- All reports, findings or conclusions resulting from the interview and/or search of Mr. Moayedi on November 9, 2004.

A true copy of that letter is attached as Exhibit A.

14. On January 3, 2005, USCBP sent an unsigned form reply letter to Mr. Moayedi's counsel acknowledging the FOIA request and requiring Mr. Moayedi's execution of an included "Release of Records" form authorizing his attorney to receive his records and responsive information. A true copy of that correspondence is attached as Exhibit B.

15. Mr. Moayedi executed that form and returned it the USCBP on January 6, 2005. True copies of the transmittal letter and enclosure are attached as cumulative Exhibit C.

16. Subsequently, Mr. Moayedi did not receive any response or other communication from USCBP.

17. Accordingly, on February 4, 2005, Mr. Moayedi's attorney wrote a letter to USCBP inquiring about the status of his FOIA request and seeking an identification of the FOIA officer handling his request so that person could be contacted directly in that regard. A true copy of that February 4, correspondence is attached as Exhibit D.

18. USCBP has never responded to counsel's February 4, 2005, letter nor has Mr. Moayedi or his attorney received any response or contact from anyone at USCBP.

19. Pursuant to 5 U.S.C. § 552 (a) (6) (A) (i), USCBP was required to determine whether to comply with Plaintiff's request by December 20, 2004.

20. However, USCBP has failed to issue any such determination by that date, nor has USCBP invoked the provisions of 5 U.S.C. § 552 (a) (6) (B) concerning any desired extension of time to respond to Mr. Moayedi's request.

21. Indeed, USCBP has failed or refused to provide any substantive response to Mr. Moayedi's request or to even identify any person that was processing that request for the more than 19 months since that request was submitted.

22. Because USCBP has failed to comply with the time limits set forth in 5 U.S.C. § 552 (a) (6) (A) or to extend those limits under § 552 (a) (6) (B), pursuant to § 552 (a) (6) (C), Mr. Moayedi is deemed to have exhausted all administrative remedies applicable to his request.

### IV. Count I

23. Plaintiff realleges paragraphs 1 through 22 above as though fully set forth herein.

24. USCBP is without any legal or factual basis under the Act or otherwise to deny Mr. Moayedi access to the records he has requested.

25. Mr. Moayedi has an immediate right to review those records under the Act.

## VI. REQUESTS FOR RELIEF

26. Based on these facts, plaintiff, Sina Moayedi, respectfully requests that this Court:

1. On Count I, declare and adjudge USCBP's failure to respond to Mr. Moayedi's requests to be a violation of the Act;

2. After notice and hearing, enter an Order enjoining USCBP from withholding records responsive to Mr. Moayedi's request and commanding USCBP to produce such records without further delay;

3. Award Mr. Moayedi his attorney's fees and other costs reasonably incurred in connection with this action pursuant to 5 U.S.C. § 552 (a) (4) (E);

4. Grant Mr. Moayedi such other and further relief as this Court deems equitable and just.

Dated: June 9th, 2006.

SINA MOAYEDI
By his attorneys:

_____
Eric R. Stanco
(D.C. Bar No. 456896)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9748 (facsimile)





**STANCO & ASSOCIATES**
126 C STREET, N.W.
WASHINGTON, D.C. 20001

202 331-8822
FAX 202 331-9705

ALEXANDRIA, VA
ANNAPOLIS, MD

November 20, 2004

**VIA U.S. MAIL**

Freedom of Information Act Officer
FOIA Office
U.S. Customs Service/
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Re:   **Freedom of Information Act Request/Privacy Act of 1974 Request**

Dear Sir or Madam:

    I am an attorney representing Mr. Sina Moayedi in a matter not involving the United States Customs and Border Protection Service (CBP). Since the information and documentation requested in this Request is personal and may be confidential to him I have included his Unsworn Declaration authorizing me to submit this Request on his behalf and to have such information and documentation disclosed to me as his counsel.

    Mr. Moayedi is seeking the information and documentation in this Request for personal use and not for a commercial use.

    On November 9, 2004, Mr. Moayedi was returning from a business trip to Jamaica to the United States. He was going through customs at Miami International Airport. After disembarking from American Airlines flight #2192, at approximately 7:30 p.m., he was stopped by CBP and interviewed extensively. In addition, his luggage was searched by CBP personnel.

    Pursuant to 5 U.S.C. § 552 (FOIA), as applied by CBP under 19 C.F.R. 103, and to the extent that the Privacy Act of 1974 may apply, Mr. Moayedi is requesting the following documents and documents containing the following information:

1.   The reason(s) Mr. Moayedi was selected for search by the CBP, as described above;

## STANCO & ASSOCIATES

Freedom of Information Act Officer
November 20, 2004
Page 2

2. Whether Mr. Moayedi is on any "watch list" or other list of persons of interest of CBP, or deserves any special attention by CBP;

3. Whether CBP has been notified by any other agency or department that Mr. Moayedi is on any "watch list" or other list of persons of interest, or deserves special attention;

4. Whether Mr. Moayedi's passport record or other record on file with CBP contains any notation or indication that he should be stopped and searched or that he should be treated or inspected differently from any other U.S. Citizen;

5. All documents and communications by and between the CBP and any other agencies or departments of the United States concerning Items 1 through 4 above;

6. All reports, findings or conclusions resulting from the interview and/or search of Mr. Moayedi on November 9, 2004.

I am willing to pay any applicable fees for this Request.

If you have any questions or problems, please do not hesitate to call at the above telephone number.

Thank you for your consideration and assistance in this matter.

Very truly yours,

Eric R. Stanco

ERS:lmj
Enclosure

cc:  Mr. Sina Moayedi (w/o enclosure)
     Ms. Nanette Stokes (w/o enclosure)

## Unsworn Declaration of Sina Moayedi

I, Sina Moayedi, pursuant to 28 U.S.C. § 1746, do hereby declare:

1. My name is Sina Moayedi. My residential address is: 1810 Kenyon St, NW, Washington, D.C. 20010.

2. I am a naturalized citizen of the United States of America, and I hold a U.S. passport numbered 016450956.

3. Eric R. Stanco of Stanco & Associates, located at 126 C Street, N.W., Washington, DC 20001, is my attorney.

4. Mr. Stanco is authorized to request information and documentation on my behalf which may include personal and confidential information about me, and to request such information and documentation be disclosed and delivered to him.

5. My Stanco's authority includes any such request to the United States Customs and Border Protection (formerly known as U.S. Customs Service), and any related bureau, agency or department of the United States.

I declare under the penalties of perjury this 22 day of November, 2004, that the foregoing is true and correct to the best of my knowledge and belief.

# B



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

JAN 3 2005

DIS-6-OFO:FP MYW
2005F1022

Mr. Eric R. Stanco
Attorney at Law
126 C Street
Washington, D.C. 20001

Dear Mr. Stanco:

This is to acknowledge receipt of your letter requesting access to records, pursuant to the Freedom of Information Act (FOIA) and/or Privacy Act.

The U.S. Customs and Border Protection (CBP) processes requests in order of their receipt. Accordingly, we must first process requests previously received from other persons and organizations. We currently have a tremendous backlog and will act with all due diligence by allocating the resources available within this office to process your request as soon as possible.

Before we can release any personal records, it is a requirement that the claimant submit the enclosed Request for Records form. This statement will declare Mr. Sina Moayedi identity, address, date of birth, and will stipulate Mr. Moayedi understanding that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000.

For your convenience, we have enclosed the proper form for Mr. Moayedi to complete and return to this office. Once we receive the properly completed form, we will be able to process your request. In order to expedite your request, you may fax the completed form to the Customer Satisfaction Unit – FOIA Desk at (202) 344-2791. Please include file number **2005F1022.**

Thank you.

Enclosure



**STANCO & ASSOCIATES**
126 C Street, N.W.
Washington, D.C. 20001
Tel.: (202)331 - 8822
Fax: (202) 331 - 9705

## FACSIMILE COVER SHEET

TO: USCBP - FOIA Desk

DATE:   January 7, 2005

FACSIMILE NO.: 202-344-2791

TIME:

FROM: Eric R. Stanco

FILE NO.: 00851

RE: **Your File No. 2005F1022**

NO. OF PAGES TO FOLLOW: 2

THIS MESSAGE SENT FROM A PANAFAX FACSIMILE WHICH SENDS AND RECEIVES AUTOMATICALLY WITH ALL GROUP CAPABILITY. TO CONTACT OUR OPERATOR, PLEASE CALL: (202) 331-8822.

**STANCO & ASSOCIATES**
126 C STREET, N.W.
WASHINGTON, D.C. 20001

202 331-8822
FAX 202 331-9705

ALEXANDRIA, VA
ANNAPOLIS, MD

January 6, 2005

**VIA FASCIMILE**

Customer Satisfaction Unit - FOIA Desk
U.S. Customs Service and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Re:   **Your File Number: 2005F1022**

Dear Sir or Madam:

I am the attorney representing Mr. Sina Moayedi in connection with his FOIA request and an matter unrelated to the United States Customs and Border Protection Service (CBP).

I have received your letter of January 3, 2005, acknowledging the FOIA request and requiring execution by Mr. Moayedi of an authorization for me to receive his records and responsive information. As you requested, attached is the executed Release of Records form.

Please do not call if you have any questions or problems.

Thank you for your consideration and assistance in this matter.

Very truly yours,

Eric R. Stanco

ERS:lmj
Enclosure

cc:   Mr. Sina Moayedi (w/ enclosure)

REQUEST FOR RECORDS

I, __Sina Moayedi__,
(print full name)
request access to records maintained by the U.S. Customs and Border Protection, which pertains to me.

My present address is __1810 Kenyon Street NW__,
                                            Street

_____    __20010__  __USA__.
City         State/Province          Zip Code     Country

My last former address was __1810 Ingleside Terrace, N.W.__,
                                                  Street

_____    __20010__  __USA__.
City         State/Province          Zip Code     Country

My date of birth is __May 19, 1955__.

I understand that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine up to $5,000. I also understand that any applicable fees must be paid by me.

I request that any located and disclosable records be forwarded to:

Name of individual __c/o Eric R. Stanco, Esq.__

Address __126 C Street NW__
                    Street

__Washington__  __DC__  __20001__  __USA__
City         State/Province     Zip Code     Country

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__Jan 5, 2005__                          _[signature]_
Date                                    Signature

Note: The signature on this request is not <u>required</u> to be notarized; however, severe penalties may apply for false identification.

*Request received without a background letter cannot be responded to.*

Mail or Fax to: U.S. Customs and Border Protection
        Freedom of Information Act/Customer Satisfaction Unit
        Room 5.5-C
        1300 Pennsylvania Avenue, NW
        Washington, D.C. 20229
        Fax: 202-344-2791                                    Revised August 2004

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0867
DEPT. ID              0000851
RECIPIENT ADDRESS     3442791
DESTINATION ID
ST. TIME              01/07 01:58
TIME USE              00'32
PAGES SENT            3
RESULT                OK
```

**STANCO & ASSOCIATES**
126 C Street, N.W.
Washington, D.C. 20001
Tel.: (202)331 - 8822
Fax: (202) 331 - 9705

## FACSIMILE COVER SHEET

TO: USCBP - FOIA Desk

DATE:   January 7, 2005

FACSIMILE NO.: 202-344-2791

TIME:

FROM: Eric R. Stanco

FILE NO.: 00851

RE: **Your File No. 2005F1022**

NO. OF PAGES TO FOLLOW: 2

**THIS MESSAGE SENT FROM A PANAFAX FACSIMILE WHICH SENDS AND RECEIVES AUTOMATICALLY WITH ALL GROUP CAPABILITY. TO CONTACT OUR OPERATOR, PLEASE CALL: (202) 331-8822.**



**STANCO & ASSOCIATES**
126 C STREET, N.W.
WASHINGTON, D.C. 20001

202 331-8822
FAX 202 331-9705

ALEXANDRIA, VA
ANNAPOLIS, MD

February 4, 2005

**VIA U.S. MAIL**

Customer Satisfaction Unit - FOIA Desk
U.S. Customs Service and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

    Re:    **Your File Number: 2005F1022**

Dear Sir or Madam:

    I am the attorney representing Mr. Sina Moayedi in connection with the above-referenced Freedom of Information Act (FOIA) request numbered 2005F1022 (Request) to the United States Customs and Border Protection Service (CBP). I submitted the Request to your office on November 20, 2004. On January 6, 2005, I also provided the executed Release of Records form that you required.

    Since then I have not received any information from your office nor have you provided any indication when I could expect a response from your office. Although I am aware that your office is extraordinarily busy, and I am confident that you are making a good faith effort in this matter, I am troubled by the lack of response to this point. Indeed, judging by the mere form letter received to date it is not even clear that anyone from your office has been assigned to handle this matter.

    Under these circumstances, I am requesting a response from your office concerning the status of the Request and CBP's efforts. I would particularly appreciate an identification of the FOIA officer that is handling this matter so I could contact that person directly in the future. Thank you for your anticipated courtesies and cooperation in this matter.

Very truly yours,

Eric R. Stanco

cc:    Mr. Sina Moayedi