IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, ) <br> ) <br>         **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER ) <br> PROTECTION SERVICE, ) <br> ) <br>         **Defendant.** ) <br> ) | Case No. 06-cv-01082 (RBW) |

## JOINT PROPOSAL FOR SCHEDULING ORDER

Plaintiff, Sina Moayedi, and Defendant, U.S. Customs and Border Protection (CBP), jointly submit the following proposed schedule[1] for the administration of this case:

1. The referral of this case to a magistrate judge is not necessary.

2. Pursuant to FRCP 26 (a) (1) (E) and LCvR 16.3 (b), this case is exempt from the mandatory disclosure requirements of FRCP 26 (f).

3. Given that this statutory action arises under FOIA, the parties do not believe that it is necessary to set deadlines for any of the following: amendment of pleadings; addition of parties; assertion of counterclaims or third party claims; completion of fact discovery; designation of experts; expert disclosures and depositions; protective orders; proposed changes to the discovery limitations under FRCP 30 (d) (2) or 33 (a); referral to ADR.

---

[1] This case arises under 5 U.S.C. § 552, commonly referred to as the Freedom of Information Act (FOIA), and, accordingly, pursuant to LCvR 16.3 (b) (9), this matter is exempt from the conference and submission requirements of FRCP 16 (b) and 26 (f).

4.	The parties propose a deadline of November 13, 2006, for the filing of dispositive motions under FRCP 56.

5.	The non-moving party will have thirty (30) days to file a memorandum and any other papers in opposition to the dispositive motion.

6.	The moving party will have fifteen (15) days to file a memorandum and any other papers in reply to the opposition.

                                          Respectfully submitted:

_____    _____
Eric R. Stanco                                           Kenneth L. Wainstein
(D.C. Bar No. 456896)                           (D.C. Bar No. 451058)
Stanco & Associates                                United States Attorney
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9748 (facsimile)                    _____
                                                                     Rudolph Contreras
                                                                     (D.C. Bar No. 434122)
                                                                     Assistant United States Attorney


                                                               _____
                                                               Rhonda C. Fields
                                                              Assistant United States Attorney
                                                             Civil Division
                                                             555 Fourth Street, N.W.
                                                             Washington, DC 20530
                                                             (202) 514-6970