# EXHIBIT A

```
                                              ENTRY 041897 UPDATE 072499
NAME- LAST MOAYEDI                       PHYSICAL IDENTIFIERS
FIRST SINA        MID               HISPANIC  RACE   SEX    HAIR    EYES
      IMAGE       ALIAS   NICKNAME    STC     HT 000 000 WT 000 000 ENGLSH
PERSONAL-                                     S/M/T                 MORE
  DOB 05191955 POB- CNTRY     ST    CITY                   CTZN     MORE
  SSN          MORE      AFN           MORE   RES     EXC/SITE      MORE
  PPN                    TYPE   CNTRY      ISSDT       EXPDT        MORE
ADDRESS- DATE 041897   STREET 1810 KENYON ST., N.W.           APT
  CITY WASHINGTON                STATE DC CNTRY US ZIP 20010 TYPE   MORE
CONTACT- CBP FIELD OPS                        PHONE
  OWNER                                CASE NBR                     MORE
  PRIMARY 0  NOT ON PRIMARY                                  QRY  NTFY 0
  STATUS AQ ARCHIVED RECORD                CAT
REMARKS-  DATE 041897                                               MORE
  PAX DID NOT DECLARE CUBAN CIGARS.  PAX HAS BEEN LIVING IN US SINCE 1973.
  DO NOT ALLOW PAX TO BRING IN IRANIAN RUGS OF ANY KIND (HE HAS BEEN TOLD
  SPECIFICALLY NOT TO)
                                 SUBSEQUENT SCREENS ARE BLANK
```

0001

```
                                        1095 Inspection Results
           A5           FLT/VES#: CO 9253       CONTINENTAL AIRLINES
DOC TYPE: P  #: 016450956      CNTRY: US UNITED STATES                    SEX: M
DNAME(LAST): MOAYEDI        b7C        FRST: SINA                         DOB: 051955
RFRD BY:           ████████-CBP OFFCR-C         DTE: 05252006 TME: 1705
REASON:     ████████████████████████████████████████          CCD:(N/Y)  b2
            ████████████████████████████████████████
                                                            NO FIN NUMBER
SNAME(LAST):                           FRST:                  DOB:
NATIONALITY:     US     UNITED STATES
DISPOSITION:     USC U.S. CITIZEN               ADMIT UNTIL DATE: ████████ b2
CHARGE (CODED):
DEFERRED TO POE:  ████ b7C                      FIN#:     ████████ b2
SECONDARY OFFICER: ████-CBP OFFCR-C              05/25/2006   17:08
COMMENTS:             REFERRAL CODE:
SUBJ. WAS IN BAHAMAS FOR PLEASEURE/WORKS IN WASHINGTON, DC AS A GOVERNMENT
CONTRACTOR/REFFERING TO BC FOR FURTHER BAGGAGE EXAM/NO GROUNDS FOUND FOR
INADMISSIBILITY
```

████████████████████████████████████████████████████ b2

0002

```
14:05:15 pc          1095 Inspection Results              072000
     A524 MIAMI AIRPORT CONCOURSE E
     FLT/VES#:  JM 23      AIR JAMAICA
DOC TYPE: P #: 016450956  CNTRY: US UNITED STATES       SEX: M
DNAME(LAST): MOAYEDI              FRST: SINA          DOB: 051955
RFRD BY:         ▓▓▓▓▓ ▓CBP OFFCR-C              DTE: 05072005 TME: 1409
REASON:  ▓▓▓▓▓▓▓▓▓▓▓▓▓                                   CCD:(N/Y)
              ╲b2      ╲b7c
                                                       NO FIN NUMBER
SNAME(LAST):                        FRST:                 DOB:
NATIONALITY:    US    UNITED STATES
DISPOSITION:    USC U.S. CITIZEN           ADMIT UNTIL DATE: ▓▓▓▓ ╲b2
CHARGE (CODED):
DEFERRED TO POE:       ╲b7c                FIN#:
SECONDARY OFFICER: ▓▓▓▓-CBP OFFCR-C         05/07/2005   14:20
COMMENTS:        REFERRAL CODE:
SUBJECT WAS ADMITTED AS USC AND REFERRED TO CUSTOMS
```

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ╲b2

0003

```
14:06:54  0-              1095 Inspection Results              072000
         A5███████D█████AP                                             b2
         FLT/VES#:  LH  416    DEUTSCHE LUFTHANSA AG
DOC TYPE: P #: 016450956    CNTRY: US UNITED STATES           SEX:
DNAME(LAST): MOAYEDI              FRST: SINA        DOB: 051955
RFRD BY:           ███████ -CBP INSPR-C    DTE: 04162005 TME: 1349
REASON:                                             CCD:(N/Y)
        ██████████                                                    b7c
              b2        b7c
                                                    NO FIN NUMBER
SNAME(LAST):                      FRST:             DOB:
NATIONALITY:    US   UNITED STATES
DISPOSITION:    USC U.S. CITIZEN           ADMIT UNTIL DATE:
CHARGE (CODED):                            ████████████████████  b2
                     b7c                   FIN#:
DEFERRED TO POE: ██████
SECONDARY OFFICER: █████ -IMMIGRATION INSPECTION SERI  04/16/2005  13:56
COMMENTS:        REFERRAL CODE:
SUBJECT IS A US CITIZEN, NOTHING TO BE DONE IN PPC SECONDARY. ████  b2
G. TOP STAMPED REFERRED TO BGC SECONDARY.

████████████████████████████████████████████████████████████████  b2
```

0004

```
14:06:54                    1095 Inspection Results
         A███████████                                                    ███ b2
         FLT/VES#:  LH 416     DEUTSCHE LUFTHANSA AG
DOC TYPE: P #: 016450956   CNTRY: US UNITED STATES         SEX:
DNAME(LAST): MOAYEDI              FRST: SINA               DOB: 051955
RFRD BY:          ████████████-CBP INSPR-C      DTE: 04162005  TME: 1349
REASON:   ██████████████████                               CCD:(N/Y)
                 b2              b7c
                                                    NO FIN NUMBER
SNAME(LAST):                 FRST:                  DOB:
NATIONALITY:     US    UNITED STATES
DISPOSITION:     USC U.S. CITIZEN        ADMIT UNTIL DATE: ███████ b2
CHARGE (CODED):
DEFERRED TO POE:      b7c                   FIN#:
SECONDARY OFFICER:  ████████ IMMIGRATION INSPECTION SERI  04/16/2005  13:56
COMMENTS:         REFERRAL CODE:
SUBJECT IS A US CITIZEN, NOTHING TO BE DONE IN PPC SECONDARY. ████ b2
G. TOP STAMPED REFERRED TO BGC SECONDARY.

████████████████████████████████████████████████████████ b2
```

0005

```
         A52E FT LAUDERDALE, EXECUTIVE AP
    FLT/V███ ███████ ███████ AIRLOCK CODE
DOC TYPE: P #: 016450956    CNTRY: US UNITED STATES           SEX: M
DNAME(LAST): MOAYEDI    b7c          FRST: SINA               DOB: 051955
RFRD BY:     ████████████████-CBP OFFCR-C        DTE: 04032005 TME: 1708
REASON:                                          CCD:(N/Y)
████████████████████████████  b2
                                                 NO FIN NUMBER
SNAME(LAST):                    FRST:            DOB:
NATIONALITY:    US   UNITED STATES
DISPOSITION:    USC U.S. CITIZEN                 ADMIT UNTIL DATE:
CHARGE (CODED):
DEFERRED TO POE:          b7c                    FIN#:
SECONDARY OFFICER: ██████████-CBP OFFCR-C        04/03/2005    17:09
COMMENTS:       REFERRAL CODE:
█████████████████████████████████████
                               b2

███████████████████████████████████████████████  b2
```

0006

```
14:08:19  DO        1095 Inspection Results            072800
         A5███████████████RSE █
     FLT/VES#:   AA  1504    AMERICAN AIRLINES
DOC TYPE: P #: 016450956   CNTRY: US UNITED STATES         SEX:
DNAME(LAST): MOAYEDI              FRST: SINA               DOB: 051955
RFRD BY:              ███████ CBP OFFCR-C                  DTE: 02192005 TME: 0952
REASON:                                                    CCD:(N/Y)
TECS LOOKOUT
                                                   NO FIN NUMBER
SNAME(LAST):                      FRST:                    DOB:
NATIONALITY:     US    UNITED STATES
DISPOSITION:     USC U.S. CITIZEN         ADMIT UNTIL DATE: ██████████
CHARGE (CODED):
DEFERRED TO POE:  ███████                 FIN#:
SECONDARY OFFICER: ██████ CBP OFFCR-C     02/19/2005   10:00
COMMENTS:         REFERRAL CODE:
CALL TAKE██████████████████████████████████ SUBJECT INTER
VIEWED.
NO DEROGATORY INFO. █████████████████████
```

b7c
b7c
b2
b2
b2

0007

```
14:08:22                    I-95 Inspection Results              072000
              A[REDACTED]RSE
         FLT/VES#:  AA  628    AMERICAN AIRLINES
DOC TYPE: P #: 016450956   CNTRY: US UNITED STATES         SEX: M
DNAME(LAST): MOAYEDI              FRST: SINA              DOB: 051955
RFRD BY:      [b7C]        [REDACTED] CBP OFFCR-C    DTE: 12112004  TME: 1804
REASON:                                                 CCD:(N/Y)
[REDACTED b2]
                                                        NO FIN NUMBER
SNAME(LAST):                      FRST:                 DOB:
NATIONALITY:       US    UNITED STATES
DISPOSITION:       USC U.S. CITIZEN         ADMIT UNTIL DATE: [REDACTED b2]
CHARGE (CODED):
DEFERRED TO POE:  [b7C]                     FIN#:
SECONDARY OFFICER: [REDACTED] CBP OFFCR-C   12/11/2004   18:10
COMMENTS:          REFERRAL CODE:
SUBJECT ESCORTED TO CBP BAGS TO COMPLETE INSPECTION.
```

[REDACTED b2]

0008

```
14:08:__  __            ____ _____ _____          _____      __
      A5_____WRSE__                              b2
          FLT/VES#:  AA  628     AMERICAN AIRLINES
DOC TYPE: P #: 016450956    CNTRY: US UNITED STATES          SEX: M
DNAME(LAST): MOAYEDI                 FRST: SINA           DOB: 051955
RFRD BY:         b7c          CBP OFFICER SERIES-C    DTE: 11092004 TME: 1756
REASON:                                                   CCD: (N/Y)
                          b2
                                                     NO FIN NUMBER
SNAME(LAST):                     FRST:                 DOB:
NATIONALITY:    US   UNITED STATES
DISPOSITION:    USC U.S. CITIZEN              ADMIT UNTIL DATE:        b2
CHARGE (CODED):      b7c                              FIN#:
DEFERRED TO POE:
SECONDARY OFFICER:          CBP OFFCR-C     11/09/2004   18:17
COMMENTS:            REFERRAL CODE:
ESCORTED TO US CUSTOMS
```

b2

```
INSPECTION DTE: 05/25/2006    PORT/SITE: 5210/A522 FT LAUDERDALE, INTL MAIN FI

LAST NAME:* MOAYEDI
    FIRST:* SINA                          DATE OF BIRTH:* 05191955
 DOC TYPE:  P    #: 0164501956            ISSUING CNTRY:    US

   GENDER:* M      RACE:* W WHITE         HISPANIC:*  N (Y/N)
  CARRIER:* CO     FLT/VES #:* 9253       FLT/VES CREW:* N (Y/N)
   IN/OUT:* I      DEPART/DESTIN:* MHH    EMBARK:* MHH

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
    REASON FOR REFERRAL:* ██████████████████████████   b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 17 : 00   COMPLETION TIME:* 17 : 20
+-------------------- I N S P E C T I O N   R E M A R K S --------------------+
| PAX OWNER OF MONTAGE INC, ANARCHITECTURAL AND BUILDING CO., A GOV'T CONTR   |
| ACTOR, WENT TO BAHAMAS FOR 7 DAY VACATION ALONE, STAYED AT PIGEON KEY HOT   |
| EL WHERE HE FREQUENTLY VISITS. MARRIED TO WIFE AND LIVES IN D.C.            |
|                                                                             |
+----------- ████████████████████████████████████████ -----------------------+
                          b2
```

00010