```
14:10:50                        SECONDARY INSPECTION
         ENTRY: 12/17/2005                          UPDATE: 12/17/2005
INSPECTION DTE: 12/17/2005    PORT/SITE: 1704/A171 ATLANTA, HARTSFIELD INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                      DATE OF BIRTH:* 05191955
DOC TYPE:  P   #: 016450956           ISSUING CNTRY:   US

   GENDER:* M      RACE:* W WHITE         HISPANIC:* N (Y/N)
  CARRIER:* DL     FLT/VES #:* 11         FLT/VES CREW:* N (Y/N)
   IN/OUT:* I      DEPART/DESTIN:* LGW    EMBARK:* LGW

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:* [redacted b2]

BAG EXAM:* Y (Y/N) # BAGS X-RAYED: 00  PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 14 : 40   COMPLETION TIME:* 14 : 48
+---------------------I N S P E C T I O N   R E M A R K S---------------------+
| [redacted]                    // 100% BAGGAGE EXAM WITH NEGATIVE RESULTS // PAX |
| IS A RETURNING USC // PAX VISITED QATAR TO POSSIBLY PURCHASE HORSES// PAX   |
| GIVEN COMMENT CARD // PAX CONNECTED TO NEXT FLIGHT WITHOUT INCIDENT         |
+-----------------------------------------------------------------------------+
```

b2

b2

00011

```
                ENTRY: 04/06/2006              UPDATE: 04/06/2006
INSPECTION DTE: 04/06/2006    PORT/SITE: 5210/A522 FT LAUDERDALE, INTL MAIN FI

LAST NAME:* MOAYEDI
   FIRST:* SINA                     DATE OF BIRTH:* 05191955
DOC TYPE:  P    #: 016450956        ISSUING CNTRY:  US

   GENDER:* M       RACE:* W WHITE         HISPANIC:* N (Y/N)
  CARRIER:* NK      FLT/VES #:* 142        FLT/VES CREW:* N (Y/N)
   IN/OUT:* I       DEPART/DESTIN:* CUN    EMBARK:* KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:* [redacted b2]

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:       PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)   REFERRAL TIME:* 17 : 20   COMPLETION TIME:* 17 : 50
+------------------ I N S P E C T I O N   R E M A R K S ----------------------+
| PAX TRAVELING FROM JAMAICA AFTER 3 DAY TRIP FOR PLEASURE, [redacted b2]     |
| [redacted b2]                           BAGS CHECKED NEG.                   |
| [redacted b2]                                                               |
+----------------------------------------------------------------------------+
```

```
ENTRY: 10/24/2005                        UPDATE: 
INSPECTION DTE: 10/24/2005  PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:*  05191955
 DOC TYPE:  P    #: 016450956       ISSUING CNTRY:         US

   GENDER:* M    RACE:* W WHITE     HISPANIC:*     N (Y/N)
  CARRIER:* UA   FLT/VES #:* 947    FLT/VES CREW:* N (Y/N)
   IN/OUT:* I    DEPART/DESTIN:* AMS EMBARK:* AMS

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
  REASON FOR REFERRAL:* ████████████████  b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:      PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 15 : 51   COMPLETION TIME:* 15 : 56
+------------------- I N S P E C T I O N   R E M A R K S -------------------+
|████████████████████████████████. PAX OUT ON VACATION NOT ON BUSINESS AND T|
|RAVELING ALONE. PAX STATED HE IS A CONTRACTOR WITH THE STATE DEPT. AND TH  | b2
|AT HE OWNS A CONSTRUCTION COMPANY.████████████████████████████             |
|████████████████████████████████████████████ 100% BAGGAGE EXAM=M NEGAT     |
|IVE RESULTS.████████████████████████████████████████                       |
+-------------------------------------------------------------------------+
                                                   b2
```

00013

```
INSPECTION DTE: 08/14/2005    PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:* 05191955
DOC TYPE:  P    #: 016450956        ISSUING CNTRY:   US

   GENDER:* M      RACE:* W WHITE        HISPANIC:* N (Y/N)
   CARRIER:* UA    FLT/VES #:* 919       FLT/VES CREW:* N (Y/N)
   IN/OUT:* I      DEPART/DESTIN:* LHR   EMBARK:* KTM

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
    REASON FOR REFERRAL:* ▓▓▓▓▓▓▓▓▓  b2

BAG EXAM:* Y (Y/N)  # BAGS X-RAYED:      PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 16 : 15   COMPLETION TIME:* 16 : 22
+-------------------- I N S P E C T I O N   R E M A R K S --------------------+
| BAGS/INTERVEIW NEG. WAS VISITING NEPAL AND LAOS. HAS A BUSINESS THAT DOES   |
| SECURITY UPGRADES TO US EMBASSYS. VOLUNTERRED TO ME THAT HIS BUSINESS HAS   |
| HAD "SECURITY CLEARANCE" PROBLEMS IN THE PAST.                              |
|                                                                             |
+-----------------------------------------------------------------------------+
```

00014

```
              ENTRY: 08/02/2005                     UPDATE: 08/02/2005
INSPECTION                                                          
LAST NAME:* MOAYEDI
    FIRST:* SINA                     DATE OF BIRTH:* 05191955
 DOC TYPE:  P   #: 016450956         ISSUING CNTRY:  US

   GENDER:* M     RACE:* W WHITE     HISPANIC:* N (Y/N)
  CARRIER:* CO    FLT/VES #:* 9253   FLT/VES CREW:* N (Y/N)
   IN/OUT:* I     DEPART/DESTIN:* TBI  EMBARK:* TBI
REFERRING OFFICER CODE:* CSR   CUSTOMS CHECKPOINT/PRIMAR   ─b2
   REASON FOR REFERRAL:* ████████████████████████████

BAG EXAM:* Y (Y/N)  # BAGS X-RAYED:      PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 17 : 05   COMPLETION TIME:* 17 : 07
+------------------ I N S P E C T I O N   R E M A R K S -------------------+
| PAX WENT TO BS TO VACATION FOR FIVE DAYS AT A RESORT ON CAT ISLAND       |
|                                                                          |
|    ████████████████████████████████████████████                          |
+--------------------------------------------------------------------------+
                                          b2
```

00015

```
ENC...                                                   UPD...
INSPECTION DTE: 07/27/2005     PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
   FIRST:* SINA                      DATE OF BIRTH:* 05191955
DOC TYPE:  P    #: 016450956         ISSUING CNTRY:   US

   GENDER:* M       RACE:* U UNKNOWN      HISPANIC:* N (Y/N)
   CARRIER:* AF    FLT/VES #:* 28         FLT/VES CREW:* N (Y/N)
   IN/OUT:* I      DEPART/DESTIN:* CDG    EMBARK:* CDG

REFERRING OFFICER CODE:* CSR   CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:* [REDACTED b2]

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 13 : 25   COMPLETION TIME:* 13 : 29
+------------------- I N S P E C T I O N   R E M A R K S -------------------+
| PAX VICE PRESIDENT OF MONTAGE, INC/ PAX RETURNING FROM 1 WEEK TRIP TO MOR |
| OCCO AND ITALY/ BAGGAGE EXAM NEGATIVE/ PAX RELEASED                      |
|                                                                          |
|          [REDACTED b2]                                                   |
+--------------------------------------------------------------------------+
```

b2

```
ENTRY: 0?/25/2005                                    UPDATE: 07/25/2005
INSPECTION DTE: 05/26/2005   PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:* 05191955
DOC TYPE:  P    #: 016450956        ISSUING CNTRY:    US

   GENDER:* M    RACE:* W WHITE     HISPANIC:* N (Y/N)
  CARRIER:* LH  FLT/VES #:* 416     FLT/VES CREW:* N (Y/N)
   IN/OUT:* I   DEPART/DESTIN:* FRA EMBARK:* FRA

REFERRING OFFICER CODE:* INS   INS
   REASON FOR REFERRAL:* ███████████████      b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)   REFERRAL TIME:* 14 : 05   COMPLETION TIME:* 14 : 13
+--------------------- I N S P E C T I O N   R E M A R K S ---------------------+
|███████████/WORKS FOR MONTAGE CONSTRUCTION/WAS BIDDING ON CONTRACT FOR         |
|US GOV'T HOUSING IN GERMANY/NEG BAG EXAM                                       |
|                                                                               |
|         ████████████████████████████████████████████                          |
+-------------------------------------------------------------------------------+
```

b2 (×3)

00017

```
              ENTRY: 04/07/2005                    UPDATE: 04/07/2005
INSPECTION DATE: 04/07/2005  SITE: FT LAUDERDALE MA

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:* 05191955
 DOC TYPE:  P    #: 016450956       ISSUING CNTRY:   US

   GENDER:* M    RACE:* U UNKNOWN    HISPANIC:*  N (Y/N)
  CARRIER:* US   FLT/VES #:* 260     FLT/VES CREW:* N (Y/N)
   IN/OUT:* I    DEPART/DESTIN:* KIN EMBARK:* KIN

REFERRING OFFICER CODE:* CSR   CUSTOMS CHECKPOINT/PRIMAR
  REASON FOR REFERRAL:* ████████████████████ b2

BAG EXAM:* N (Y/N) # BAGS X-RAYED: 00  PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 16 : 20  COMPLETION TIME:* 16 : 24
+------------------- I N S P E C T I O N   R E M A R K S -------------------+
| PAX WENT TO BAHAMAS W/ WIFE FOR PLEASURE THEN WENT TO JAMAICA FOR BUSINES |
| ████████                                                                 |
|   b2                        ████████████████████████                     |
+--------------------------------------------------------------------------+
                                           b2
```

00018

```
                                                                      b2
INSPECTION DTE: 05/12/2005    PORT/SITE: 7423/A741 NASSAU BD, AP, PRE INTL ARR

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:* 05191955
DOC TYPE:   P      #: 016450956     ISSUING CNTRY:   US

    GENDER:* M     RACE:* U UNKNOWN    HISPANIC:* N (Y/N)
   CARRIER:* US    FLT/VES #:* 392     FLT/VES CREW:* N (Y/N)
    IN/OUT:* I     DEPART/DESTIN:* NAS EMBARK:* NAS

REFERRING OFFICER CODE:* INS   INS
   REASON FOR REFERRAL:*  ▓▓▓▓▓▓▓▓   b2

BAG EXAM:* N (Y/N)  # BAGS X-RAYED:   PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 11 : 35   COMPLETION TIME:* 11 : 37
+-------------------- I N S P E C T I O N   R E M A R K S --------------------+
| IRANIAN BORN U.S. CITIZEN.  BUILDS EMBASSIES FOR THE U.S. STATE DEPT.       |
| NEGATIVE INSPECTION                                                         |
|                                                                             |
| ▓▓▓ b2                                                                      |
+-----------▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓-------------------------+
                                                  b2
```

00019

```
                ENTRY: 11/09/2004                    UPDATE: 11/09/2004
INSPECTION                       SITE: MIAMI INTERNATIONAL AIRPORT

LAST NAME:* MOAYEDI
     FIRST:* SINA                    DATE OF BIRTH:* 05191955
  DOC TYPE:           #:             ISSUING CNTRY:

   GENDER:* M      RACE:* A ASIAN       HISPANIC:* N (Y/N)
  CARRIER: AA      FLT/VES #:* 628      FLT/VES CREW:* N (Y/N)
   IN/OUT:* I      DEPART/DESTIN:* KIN  EMBARK:* KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:* ▓▓▓▓▓▓▓▓▓▓▓▓▓   b2

BAG EXAM:* Y (Y/N)  # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 18 : 20   COMPLETION TIME:* 18 : 30
+-------------------- I N S P E C T I O N   R E M A R K S --------------------+
| PAX IS RETURNING FROM KIN WHERE HE IS WORKING ON A PROJECT FOR THE STATE    |
| DEPARTMENT BUILDING HOUSES FOR THE EMBASSIES. PAX IS AN EMPLOYEE OF MOTAG   |
| E AN ENGINEERING COMPANY. ▓▓▓▓▓▓▓▓▓▓▓ PAX WAS CARRYING INVOICES REGARDIN CURREN|
| T AND PAST PROJECTS. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         |
+-----------------------------------------------------------------------------+
```

b2

00020

```
ENTRY: 05/01/2005                    UPDATE: 05/01/2005           b2
INSPECTION                                                        b2

LAST NAME:* MOAYEDI
    FIRST:* SINA                DATE OF BIRTH:* 05191955
 DOC TYPE:  P   #: 016450956    ISSUING CNTRY:  US

    GENDER:* M    RACE:* A ASIAN       HISPANIC:* N (Y/N)
   CARRIER:* US   FLT/VES #:* 1140     FLT/VES CREW:* N (Y/N)
    IN/OUT:* I    DEPART/DESTIN:* BZE  EMBARK:* BZE

REFERRING OFFICER CODE:* INS   INS
    REASON FOR REFERRAL:*  ███████████████████  b2

BAG EXAM:* N (Y/N)  # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 17 : 25   COMPLETION TIME:* 17 : 28
+------------------- I N S P E C T I O N   R E M A R K S -------------------+
| PAX IS THE PRESIDENT OF MONTAGE, INC.  THE COMPANY HAS BEEN CONTRACTED TO |
| CONSTRUCT U.S. EMBASSIES FOR THE STATE DEPT.  PAX WAS IN BELIZE FOR 1 WEE |
| K ON BUSINESS IN CONNECTION WITH THE CONSTRUCTION OF THE EMBASSY IN BELIZ |
| E.                                                                       |
| ████████████████████████████████████████████████████████                  |
+--------------------------------------------------------------------------+
                     b2
```

```
              ENTRY: 12/11/2006                    UPDATE: 12/11/2006
INSPECTION DATE: 12/11/2006   PORT/SITE: 5206/A524 MIAMI, AIRPORT CONCOURSE E
LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:*  05191955
 DOC TYPE:  P   #: 016450956        ISSUING CNTRY:   US

    GENDER:* M     RACE:* I AMERICAN IND   HISPANIC:*       N (Y/N)
   CARRIER:* AA    FLT/VES #:* 628         FLT/VES CREW:*   N (Y/N)
    IN/OUT:* I     DEPART/DESTIN:* KIN.    EMBARK:*  KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:*  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  b2

BAG EXAM:* Y (Y/N)  # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 19 : 04   COMPLETION TIME:* 19 : 09
+------------------ I N S P E C T I O N   R E M A R K S --------------------+
| PAX IS PRESIDENT OF MONTAGE, INC. BUSINESS ADDRESS IS 3636 16TH STREET,   |
| NW, SUITE AG50, WASHINGTON, DC/BUSINESS TELE: 202 332-0186. PAX HOME ADDR |
| ESS IS 1810 KENYON ST./PAX WAS IN JAMAICA FOR 4 DAYS ON BUSINESS/PAX      |
| STATED THAT HE WAS A GOVERNMENT CONTRACTOR FOR GOV. EMPLOYEE HOUSING.     |
|                                                                          |
+-----------▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓----------------------+
```

b2

00022

```
ENTRY: 02/05/2004                              UPDATE: 02/05/2004
INSPECTION DTE: 02/05/2004   PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:* 05191955
DOC TYPE:  P    #: 016450956        ISSUING CNTRY:  US

   GENDER:* M     RACE:* U UNKNOWN      HISPANIC:* N (Y/N)
  CARRIER:* KL    FLT/VES #:* 651       FLT/VES CREW:* N (Y/N)
   IN/OUT:* I     DEPART/DESTIN:* AMS   EMBARK:* AMS

REFERRING OFFICER CODE:* CSR   CUSTOMS CHECKPOINT/PRIMAR
  REASON FOR REFERRAL:* ████████████████████████████  b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 14 : 59   COMPLETION TIME:* 15 : 02
+-------------------- I N S P E C T I O N   R E M A R K S --------------------+
| 100% EXAM NEG RESULTS. PAX TRAVELED TO IRAN, AND ETITREA, HUNGARY FOR       |
| WORK AND VISIT FAMILY IN IRAN. PAX HAS BEEN OUT THE COUNTRY FOR 2 WEEKS.    |
|                                                                            |
|           ████████████████████████████████████████                         |
+----------------------------------------------------------------------------+
                                         b2
```

00023

```
        ENTRY: 01/29/2005                         UPDATE: 01/29/2005         b2
INSPECTION DATE: 01/29/2005  RPRV SITE GMT OFST         INSPRID         MATCH

LAST NAME:* MOAYEDI
    FIRST:* SINA                        DATE OF BIRTH:*  05191955
 DOC TYPE:  P    #:  016450956          ISSUING CNTRY:        US

   GENDER:* M        RACE:* U UNKNOWN   HISPANIC:*  N (Y/N)
  CARRIER:* JM       FLT/VES #:* 37     FLT/VES CREW:* N (Y/N)
   IN/OUT:* I        DEPART/DESTIN:* KIN  EMBARK:* KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR    b2
   REASON FOR REFERRAL:*  [redacted]

BAG EXAM:* N (Y/N) # BAGS X-RAYED: 02  PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 15 : 20  COMPLETION TIME:* 15 : 28
+------------------- I N S P E C T I O N   R E M A R K S --------------------+
| MOAYEDI WENT TO JAM TO WORK ON BUILDING PROJECT FOR APARTMENTS FOR US      |
| EMBASSY EMPLOYEES COMPANY IS MONTAGE INC A GOV'T CONTRACTED CO HAS OWNED   |
| THE CO FOR 20 YEARS [redacted]                          b2                 |
|                                                                            |
+----------------------------------------------------------------------------+
                                                b2
```

00024