# EXHIBIT B

**STANCO & ASSOCIATES**
126 C STREET, N.W.
WASHINGTON, D.C. 20001

202 331-8822
FAX 202 331-9705

ALEXANDRIA, VA
ANNAPOLIS, MD

November 20, 2004

VIA U.S. MAIL

Freedom of Information Act Officer
FOIA Office
U.S. Customs Service/
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Re:   Freedom of Information Act Request/Privacy Act of 1974 Request

Dear Sir or Madam:

I am an attorney representing Mr. Sina Moayedi in a matter not involving the United States Customs and Border Protection Service (CBP). Since the information and documentation requested in this Request is personal and may be confidential to him I have included his Unsworn Declaration authorizing me to submit this Request on his behalf and to have such information and documentation disclosed to me as his counsel.

Mr. Moayedi is seeking the information and documentation in this Request for personal use and not for a commercial use.

On November 9, 2004, Mr. Moayedi was returning from a business trip to Jamaica to the United States. He was going through customs at Miami International Airport. After disembarking from American Airlines flight #2192, at approximately 7:30 p.m., he was stopped by CBP and interviewed extensively. In addition, his luggage was searched by CBP personnel.

Pursuant to 5 U.S.C. § 552 (FOIA), as applied by CBP under 19 C.F.R. 103, and to the extent that the Privacy Act of 1974 may apply, Mr. Moayedi is requesting the following documents and documents containing the following information:

1.   The reason(s) Mr. Moayedi was selected for search by the CBP, as described above;

STANCO & ASSOCIATES

Freedom of Information Act Officer
November 20, 2004
Page 2

2. Whether Mr. Moayedi is on any "watch list" or other list of persons of interest of CBP, or deserves any special attention by CBP;

3. Whether CBP has been notified by any other agency or department that Mr. Moayedi is on any "watch list" or other list of persons of interest, or deserves special attention;

4. Whether Mr. Moayedi's passport record or other record on file with CBP contains any notation or indication that he should be stopped and searched or that he should be treated or inspected differently from any other U.S. Citizen;

5. All documents and communications by and between the CBP and any other agencies or departments of the United States concerning Items 1 through 4 above;

6. All reports, findings or conclusions resulting from the interview and/or search of Mr. Moayedi on November 9, 2004.

I am willing to pay any applicable fees for this Request.

If you have any questions or problems, please do not hesitate to call at the above telephone number.

Thank you for your consideration and assistance in this matter.

Very truly yours,

Eric R. Stanco

ERS:lmj
Enclosure

cc: Mr. Sina Moayedi (w/o enclosure)
    Ms. Nanette Stokes (w/o enclosure)

## Unsworn Declaration of Sina Moayedi

I, Sina Moayedi, pursuant to 28 U.S.C. § 1746, do hereby declare:

1. My name is Sina Moayedi. My residential address is: 1810 Kenyon St, NW, Washington, D.C. 20010.

2. I am a naturalized citizen of the United States of America, and I hold a U.S. passport numbered 016450956.

3. Eric R. Stanco of Stanco & Associates, located at 126 C Street, N.W., Washington, DC 20001, is my attorney.

4. Mr. Stanco is authorized to request information and documentation on my behalf which may include personal and confidential information about me, and to request such information and documentation be disclosed and delivered to him.

5. My Stanco's authority includes any such request to the United States Customs and Border Protection (formerly known as U.S. Customs Service), and any related bureau, agency or department of the United States.

I declare under the penalties of perjury this 22 day of November, 2004, that the foregoing is true and correct to the best of my knowledge and belief.

_[signature]_