# EXHIBIT C



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

JAN 3 2005

DIS-6-OFO:FP MYW
2005F1022

Mr. Eric R. Stanco
Attorney at Law
126 C Street
Washington, D.C. 20001

Dear Mr. Stanco:

This is to acknowledge receipt of your letter requesting access to records, pursuant to the Freedom of Information Act (FOIA) and/or Privacy Act.

The U.S. Customs and Border Protection (CBP) processes requests in order of their receipt. Accordingly, we must first process requests previously received from other persons and organizations. We currently have a tremendous backlog and will act with all due diligence by allocating the resources available within this office to process your request as soon as possible.

Before we can release any personal records, it is a requirement that the claimant submit the enclosed Request for Records form. This statement will declare Mr. Sina Moayedi identity, address, date of birth, and will stipulate Mr. Moayedi understanding that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000.

For your convenience, we have enclosed the proper form for Mr. Moayedi to complete and return to this office. Once we receive the properly completed form, we will be able to process your request. In order to expedite your request, you may fax the completed form to the Customer Satisfaction Unit – FOIA Desk at (202) 344-2791. Please include file number 2005F1022.

Thank you.

Enclosure