# EXHIBIT D

01/07/2005 01:58 FAX 202 331 9705    STANCO & ASSOCIATES    ☒002/003

**STANCO & ASSOCIATES**
125 C STREET, N.W.
WASHINGTON, D.C. 20001

202 331-8822
FAX 202 331-9705

ALEXANDRIA, VA
ANNAPOLIS, MD

January 6, 2005

<u>**VIA FASCIMILE**</u>

Customer Satisfaction Unit - FOIA Desk
U.S. Customs Service and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

    Re:   <u>Your File Number: 2005F1022</u>

Dear Sir or Madam:

    I am the attorney representing Mr. Sina Moayedi in connection with his FOIA request and an matter unrelated to the United States Customs and Border Protection Service (CBP).

    I have received your letter of January 3, 2005, acknowledging the FOIA request and requiring execution by Mr. Moayedi of an authorization for me to receive his records and responsive information. As you requested, attached is the executed Release of Records form.

    Please do not call if you have any questions or problems.

    Thank you for your consideration and assistance in this matter.

                                             Very truly yours,

                                             Eric R. Stanco

ERS:lmj
Enclosure

cc:   Mr. Sina Moayedi (w/ enclosure)

01/07/2005 01:59 FAX 202 331 9705    STANCO & ASSOCIATES    @003/003

REQUEST FOR RECORDS

I, __Sina Moayedi__,
(print full name)

request access to records maintained by the U.S. Customs and Border Protection, which pertains to me.

My present address is __1810 Kenyon Street NW__
                                        Street

_____ 20010   USA
City                State/Province              Zip Code      Country

My last former address was __1810 Ingleside Terrace, N.W.__
                                                  Street

_____ 20010   USA
City                State/Province              Zip Code      Country

My date of birth is __May 19, 1955__.

I understand that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine up to $5,000. I also understand that any applicable fees must be paid by me.

I request that any located and disclosable records be forwarded to:

Name of individual __c/o Eric R. Stanco, Esq.__

Address __126 C Street NW__
                  Street

__Washington__   __DC__   __20001__   __USA__
City         State/Province   Zip Code   Country

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__Jan 5, 2005__                      __[signature]__
Date                                 Signature

Note: The signature on this request is not <u>required</u> to be notarized; however, severe penalties may apply for false identification.

*Request received without a background letter cannot be responded to.*

Mail or Fax to: U.S. Customs and Border Protection
              Freedom of Information Act/Customer Satisfaction Unit
              Room 5.5-C
              1300 Pennsylvania Avenue, NW
              Washington, D.C. 20229
              Fax: 202-344-2791                          Revised August 2004