# EXHIBIT E

Case 1:06-cv-01082-RBW   Document 6-8   Filed 11/09/2006   Page 1 of 2

**STANCO & ASSOCIATES**
126 C STREET, N.W.
WASHINGTON, D.C. 20001

202 331-8822
FAX 202 331-9705

FILE
ALEXANDRIA, VA
ANNAPOLIS, MD

February 4, 2005

<u>VIA U.S. MAIL</u>

Customer Satisfaction Unit - FOIA Desk
U.S. Customs Service and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Re:   <u>Your File Number: 2005F1022</u>

Dear Sir or Madam:

    I am the attorney representing Mr. Sina Moayedi in connection with the above-referenced Freedom of Information Act (FOIA) request numbered 2005F1022 (Request) to the United States Customs and Border Protection Service (CBP). I submitted the Request to your office on November 20, 2004. On January 6, 2005, I also provided the executed Release of Records form that you required.

    Since then I have not received any information from your office nor have you provided any indication when I could expect a response from your office. Although I am aware that your office is extraordinarily busy, and I am confident that you are making a good faith effort in this matter, I am troubled by the lack of response to this point. Indeed, judging by the mere form letter received to date it is not even clear that anyone from your office has been assigned to handle this matter.

    Under these circumstances, I am requesting a response from your office concerning the status of the Request and CBP's efforts. I would particularly appreciate an identification of the FOIA officer that is handling this matter so I could contact that person directly in the future. Thank you for your anticipated courtesies and cooperation in this matter.

Very truly yours,

Eric R. Stanco

cc:   Mr. Sina Moayedi