# EXHIBIT F

Case 1:06-cv-01082-RBW    Document 6-9    Filed 11/09/2006    Page 1 of 13



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

DIS-2-OFO: FP NM
2006F1749

August 1, 2006

Mr. Eric R. Stanco
Stanco & Associates
126 C Street, NW
Washington, D.C. 20001

Dear Mr. Stanco:

This is in response to your Freedom of Information Act (FOIA) and/or Privacy Act request made on behalf of your client, Mr. Sina Moayedi.

A search of U.S. Customs and Border Protection's database has produced 24 pages of documents. Certain portions of these documents are exempt from disclosure pursuant to 5 USC 552 (b)(2), as they are administrative markings and are related solely to the internal administrative practices of this agency. In addition, specific sections are exempt pursuant to (b)(7)(c) of the FOIA, as they are names of individuals the disclosure of which would constitute an unwarranted invasion of personal privacy.

If you consider the deletions to constitute a partial denial of your request for disclosure, you may appeal in writing within 35 days after the date of this notification to the Office of Regulations and Rulings, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, NW, Mint Annex, 5th Floor, Washington, D.C. 20229.

Both the front of the envelope and the appeal letter should contain the notation "Freedom of Information Act Appeal." Please refer to file number 2006F1749 on any future correspondence related to this request.

Sincerely,

Dorothy Pullo

Kathleen Dailey McKevitt
Director, Field Programs
Office of Field Operations

Enclosures

```
 14:06    b2              TECS II - PERSON SUBJECT DISPLAY (1 OF 3)   072806            b2
                                                      ENTRY 041897 UPDATE 072499
NAME- LAST MOAYEDI                        PHYSICAL IDENTIFIERS
 FIRST SINA         MID            HISPANIC  RACE   SEX   HAIR   EYES
  IMAGE        ALIAS   NICKNAME     STC     HT 000 000 WT 000 000  ENGLSH
PERSONAL-                                   S/M/T                    MORE
 DOB 05191955  POB- CNTRY    ST   CITY                       CTZN    MORE
 SSN           MORE  AFN          MORE  RES        EXC/SITE          MORE
 PPN                 TYPE    CNTRY    ISSDT          EXPDT           MORE
ADDRESS-  DATE 041897   STREET 1810 KENYON ST., N.W.         APT
 CITY WASHINGTON                STATE DC CNTRY US ZIP 20010 TYPE     MORE  b2
CONTACT- CBP FIELD OPS                   b7c    PHONE
 OWNER                                        CASE NBR               MORE
PRIMARY 0  NOT ON PRIMARY                                     QRY NTFY 0
 STATUS AQ ARCHIVED RECORD                      CAT     b2
REMARKS-  DATE 041897                                                MORE
PAX DID NOT DECLARE CUBAN CIGARS.  PAX HAS BEEN LIVING IN US SINCE 1973.
DO NOT ALLOW PAX TO BRING IN IRANIAN RUGS OF ANY KIND (HE HAS BEEN TOLD
SPECIFICALLY NOT TO)
                              SUBSEQUENT SCREENS ARE BLANK
                                                                      b2
```

```
14:05:29  b2         IO95 Inspection Results              072806
          A522 FT LAUDERDALE, INTL MAIN FIS
     FLT/VES#:  CO  9253      CONTINENTAL AIRLINES
DOC TYPE: P #: 016450956    CNTRY: US UNITED STATES              SEX: M
DNAME(LAST): MOAYEDI       b7c         FRST: SINA              DOB: 051955
RFRD BY:                      -CBP OFFCR-C         DTE: 05252006 TME: 1705
REASON:                                                       CCD:(N/Y)
                                                              NO FIN NUMBER   b2
SNAME(LAST):                       FRST:                    DOB:
NATIONALITY:     US   UNITED STATES
DISPOSITION:   USC U.S. CITIZEN            ADMIT UNTIL DATE:
CHARGE (CODED):                                                              b2
DEFERRED TO POE:       b7c                   FIN#:
SECONDARY OFFICER:          -CBP OFFCR-C      05/25/2006   17:08
COMMENTS:        REFERRAL CODE:
SUBJ. WAS IN BAHAMAS FOR PLEASEURE/WORKS IN WASHINGTON, DC AS A GOVERNMENT
CONTRACTOR/REFFERING TO BC FOR FURTHER BAGGAGE EXAM/NO GROUNDS FOUND FOR
INADMISSIBILITY
```

```
14:05:35  b2              IO95 Inspection Results                     072806
          A524 MIAMI, AIRPORT CONCOURSE E                                      b2
        FLT/VES#:  JM  23      AIR JAMAICA
DOC TYPE: P  #: 016450956   CNTRY: US UNITED STATES         SEX: M
DNAME(LAST): MOAYEDI                FRST: SINA           DOB: 051955
RFRD BY:  ████████████  CBP OFFCR-C              DTE: 05072005 TME: 1409
REASON: ████████████                                     CCD:(N/Y)
        b2      b7c
                                                         NO FIN NUMBER
SNAME(LAST):                      FRST:                  DOB:
NATIONALITY:     US   UNITED STATES
DISPOSITION:     USC  U.S. CITIZEN              ADMIT UNTIL DATE: ████   b2
CHARGE (CODED):
DEFERRED TO POE:   b7c                          FIN#:
SECONDARY OFFICER: ████ -CBP OFFCR-C            05/07/2005   14:20
COMMENTS:          REFERRAL CODE:
SUBJECT WAS ADMITTED AS USC AND REFERRED TO CUSTOMS
```

████████████████████████████████████████  b2

```
14:06:54  b2              IO95 Inspection Results              07280b
          A541 WASH DC, DULLES INTL AP                                  b2
    FLT/VES#:  LH  416    DEUTSCHE LUFTHANSA AG
DOC TYPE: P #: 016450956  CNTRY: US UNITED STATES        SEX:
DNAME(LAST): MOAYEDI              FRST: SINA             DOB: 051955
RFRD BY:              -CBP INSPR-C       DTE: 04162005 TME: 1349
REASON:                                                  CCD:(N/Y)
          b2      b7c
                                                  NO FIN NUMBER
SNAME(LAST):                      FRST:                  DOB:
NATIONALITY:      US   UNITED STATES
DISPOSITION:      USC U.S. CITIZEN          ADMIT UNTIL DATE:      b2
CHARGE (CODED):
DEFERRED TO POE:      b7c                   FIN#:
SECONDARY OFFICER:       -IMMIGRATION INSPECTION SERI  04/16/2005  13:56
COMMENTS:         REFERRAL CODE:                                  b2
SUBJECT IS A US CITIZEN, NOTHING TO BE DONE IN PPC SECONDARY.
G. TOP STAMPED REFERRED TO BGC SECONDARY.
```

[redaction b2]

```
14:06:54         b2      IO95 Inspection Results               072806        b2
         A541 WASH DC, DULLES INTL AP
     FLT/VES#:  LH  416      DEUTSCHE LUFTHANSA AG
DOC TYPE: P #: 016450956    CNTRY: US UNITED STATES           SEX:
DNAME(LAST): MOAYEDI                  FRST: SINA              DOB: 051955
RFRD BY:                    ─CBP INSPR-C           DTE: 04162005 TME: 1349
REASON:                          b7c                         CCD:(N/Y)
         b2
                                                       NO FIN NUMBER
SNAME(LAST):                    FRST:                  DOB:
NATIONALITY:      US    UNITED STATES
DISPOSITION:      USC U.S. CITIZEN           ADMIT UNTIL DATE:          b2
CHARGE (CODED):
DEFERRED TO POE:        b7c                  FIN#:
SECONDARY OFFICER:          ─IMMIGRATION INSPECTION SERI  04/16/2005  13:56
COMMENTS:           REFERRAL CODE:
SUBJECT IS A US CITIZEN, NOTHING TO BE DONE IN PPC SECONDARY.        b2
G. TOP STAMPED REFERRED TO BGC SECONDARY.
```



b2



```
14:07:22  b2            IO95 Inspection Results              072806
          A52E FT LAUDERDALE, EXECUTIVE AP                           b2
       FLT/VES#:   ZZ  88719   UNKOWN AIRLINE CODE
DOC TYPE: P #: 016450956     CNTRY: US UNITED STATES     SEX: M
DNAME(LAST): MOAYEDI    b7c      FRST: SINA        DOB: 051955
RFRD BY:                     -CBP OFFCR-C    DTE: 04032005 TME: 1708
REASON:                                              CCD:(N/Y)
                                          b2
                                                  NO FIN NUMBER
SNAME(LAST):                    FRST:               DOB:
NATIONALITY:    US    UNITED STATES
DISPOSITION:    USC U.S. CITIZEN           ADMIT UNTIL DATE:
CHARGE (CODED):
DEFERRED TO POE:         b7c              FIN#:
SECONDARY OFFICER:          -CBP OFFCR-C   04/03/2005  17:09
COMMENTS:        REFERRAL CODE:
                                          b2
                                                               b2
```

```
14:08:19  b2           IO95 Inspection Results           072806       b2
         A524 MIAMI, AIRPORT CONCOURSE E
      FLT/VES#:   AA   1504    AMERICAN AIRLINES
DOC TYPE: P #: 016450956   CNTRY: US UNITED STATES         SEX:
DNAME(LAST): MOAYEDI                      FRST: SINA       DOB: 051955
RFRD BY:                       CBP OFFCR-C         DTE: 02192005 TME: 0952
REASON:                                                    CCD:(N/Y)
TECS LOOKOUT            b7c
                                                    NO FIN NUMBER
SNAME(LAST):                        FRST:                  DOB:
NATIONALITY:     US    UNITED STATES
DISPOSITION:     USC U.S. CITIZEN        ADMIT UNTIL DATE:          b2
CHARGE (CODED):
DEFERRED TO POE:     b7c                 FIN#:
SECONDARY OFFICER:        CBP OFFCR-C    02/19/2005   10:00
COMMENTS:        REFERRAL CODE:
CALL TAKEN                                         SUBJECT INTER
VIEWED.
NO DEROGATORY INFO.              b2
                                                                    b2
```



```
14:08:22  [b2]        IO95 Inspection Results              07/28/06
          [redacted] A524 MIAMI, AIRPORT CONCOURSE E                        [b2]
      FLT/VES#:  AA   628    AMERICAN AIRLINES
DOC TYPE: P #: 016450956    CNTRY: US UNITED STATES          SEX: M
DNAME(LAST): MOAYEDI        [b7C]    FRST: SINA              DOB: 051955
RFRD BY:    [redacted]        CBP OFFCR-C           DTE: 12112004  TME: 1804
REASON:                                                      CCD:(N/Y)
[redacted b2]
                                                          NO FIN NUMBER
SNAME(LAST):                   FRST:                      DOB:
NATIONALITY:       US    UNITED STATES
DISPOSITION:       USC U.S. CITIZEN            ADMIT UNTIL DATE:
CHARGE (CODED):                                 [redacted b2]
DEFERRED TO POE:   [b7C]
SECONDARY OFFICER: [redacted] CBP OFFCR-C      FIN#:
COMMENTS:              REFERRAL CODE:           12/11/2004   18:10
SUBJECT ESCORTED TO CBP BAGS TO COMPLETE INSPECTION.


                                            [redacted b2]
```

```
14:08:25  b2              IO95 Inspection Results                072806       b2
          A524 MIAMI, AIRPORT CONCOURSE E
     FLT/VES#:  AA  628     AMERICAN AIRLINES
DOC TYPE: P #: 016450956    CNTRY: US UNITED STATES              SEX: M
DNAME(LAST): MOAYEDI                    FRST: SINA               DOB: 051955
RFRD BY:        b7c          CBP OFFICER SERIES-C   DTE: 11092004  TME: 1756
REASON:                                                          CCD:(N/Y)
                     b2
                                                            NO FIN NUMBER
SNAME(LAST):                      FRST:                          DOB:
NATIONALITY:     US    UNITED STATES
DISPOSITION:     USC U.S. CITIZEN              ADMIT UNTIL DATE:          b2
CHARGE (CODED):
DEFERRED TO POE:     b7c                       FIN#:
SECONDARY OFFICER:        CBP OFFCR-C          11/09/2004  18:17
COMMENTS:         REFERRAL CODE:
ESCORTED TO US CUSTOMS
```

[redacted line] b2

```
14:07:35  b2              SECONDARY INSPECTION          07/28/2006
[redacted] ENTRY: 05/25/2006                    UPDATE: 05/25/2006  [redacted] b2
INSPECTION DTE: 05/25/2006    PORT/SITE: 5210/A522 FT LAUDERDALE, INTL MAIN FI

LAST NAME:* MOAYEDI
    FIRST:* SINA                   DATE OF BIRTH:*  05191955
 DOC TYPE:  P   #: 0164501956      ISSUING CNTRY:   US

   GENDER:* M    RACE:* W WHITE    HISPANIC:* N (Y/N)
  CARRIER:* CO   FLT/VES #:* 9253  FLT/VES CREW:* N (Y/N)
   IN/OUT:* I    DEPART/DESTIN: MHH  EMBARK:* MHH

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:* [redacted]                      b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 17 : 00  COMPLETION TIME:* 17 : 20
+------------------- I N S P E C T I O N   R E M A R K S --------------------+
| PAX OWNER OF MONTAGE INC, ANARCHITECTURAL AND BUILDING CO., A GOV'T CONTR |
| ACTOR, WENT TO BAHAMAS FOR 7 DAY VACATION ALONE, STAYED AT PIGEON KEY HOT |
| EL WHERE HE FREQUENTLY VISITS. MARRIED TO WIFE AND LIVES IN D.C.          |
|                                                                           |
+----------[redacted]---------------------------------------------+

                             b2
```

```
14:10:50   b2                SECONDARY INSPECTION              07/28/2006
           ENTRY: 12/17/2005                          UPDATE: 12/17/2005    b2
INSPECTION DTE: 12/17/2005   PORT/SITE: 1704/A171 ATLANTA, HARTSFIELD INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                      DATE OF BIRTH:*  05191955
DOC TYPE:  P     #: 016450956         ISSUING CNTRY:   US

    GENDER:* M    RACE:* W WHITE      HISPANIC:*  N (Y/N)
   CARRIER:* DL   FLT/VES #:* 11      FLT/VES CREW:* N (Y/N)
    IN/OUT:* I    DEPART/DESTIN:* LGW EMBARK:* LGW

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
    REASON FOR REFERRAL:*  ███████████████████████   b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED: 00  PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 14 : 40   COMPLETION TIME:* 14 : 48
+------------------- I N S P E C T I O N    R E M A R K S -------------------+
|  ██████████████████████ // 100% BAGGAGE EXAM WITH NEGATIVE RESULTS // PAX  |
|  IS A RETURNING USC // PAX VISITED QATAR TO POSSIBLY PURCHASE HORSES// PAX |
|  GIVEN COMMENT CARD // PAX CONNECTED TO NEXT FLIGHT WITHOUT INCIDENT       |
|                                                                            |
+----------- ████████████████████████████████████ --------------------------+
```

b2

b2