```
14:10:43  b2              SECONDARY INSPECTION         07/28/2006
         ▇▇▇▇ ENTRY: 04/06/2006              UPDATE: 04/06/2006 ▇▇▇▇  b2
INSPECTION DTE: 04/06/2006   PORT/SITE: 5210/A522 FT LAUDERDALE, INTL MAIN FT

LAST NAME:* MOAYEDI
   FIRST:* SINA                   DATE OF BIRTH:* 05191955
DOC TYPE:  P    #: 016450956      ISSUING CNTRY:  US

   GENDER:* M     RACE:* W WHITE       HISPANIC:* N (Y/N)
  CARRIER:* NK    FLT/VES #:* 142      FLT/VES CREW:* N (Y/N)
   IN/OUT:* I     DEPART/DESTIN:* CUN  EMBARK:* KIN

REFERRING OFFICER CODE:* CSR   CUSTOMS CHECKPOINT/PRIMAR
    REASON FOR REFERRAL:* ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  b2

BAG EXAM:* Y (Y/N)  # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)   # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 17 : 20   COMPLETION TIME:* 17 : 50
+------------------- I N S P E C T I O N   R E M A R K S -----------------+  b2
| PAX TRAVELING FROM JAMAICA AFTER 3 DAY TRIP FOR PLEASURE. ▇▇▇▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ BAGS CHECKED NEG. |
+------------------------------------------------------------------------+
                                                              b2
```

```
14:10:59   b2              SECONDARY INSPECTION              07/28/2006
        ▓▓▓▓ ENTRY: 10/24/2005                    UPDATE: 10/24/2005 ▓▓▓▓   b2
INSPECTION DTE: 10/24/2005     PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:*  05191955
 DOC TYPE:  P    #: 016450956       ISSUING CNTRY:   US

    GENDER:* M      RACE:* W WHITE       HISPANIC:*  N (Y/N)
   CARRIER:* UA     FLT/VES #:* 947      FLT/VES CREW:* N (Y/N)
    IN/OUT:* I      DEPART/DESTIN:* AMS  EMBARK:* AMS

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 15 : 51  COMPLETION TIME:* 15 : 56
+------------------- I N S P E C T I O N   R E M A R K S -------------------+
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. PAX OUT ON VACATION NOT ON BUSINESS AND T |
| RAVELING ALONE. PAX STATED HE IS A CONTRACTOR WITH THE STATE DEPT. AND TH |  b2
| AT HE OWNS A CONSTRUCTION COMPANY. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             |
|                                          100% BAGGAGE EXAM=M NEGAT        |
| IVE RESULTS. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  |
+--------------------------------------------------------------------------+
                              b2
```

```
14:11:05  ▓▓ b2                    SECONDARY INSPECTION           07/28/2006
         ▓▓▓▓▓ ENTRY: 08/14/2005                      UPDATE: 08/14/2005  ▓▓▓▓ b2
INSPECTION DTE: 08/14/2005      PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
   FIRST:* SINA                        DATE OF BIRTH:*  05191955
DOC TYPE:  P    #: 016450956           ISSUING CNTRY:   US

   GENDER:* M        RACE:* W WHITE         HISPANIC:*  N (Y/N)
   CARRIER:* UA      FLT/VES #:* 919        FLT/VES CREW:* N (Y/N)
   IN/OUT:* I        DEPART/DESTIN:* LHR    EMBARK:* KTM

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:*  ▓▓▓▓▓▓▓▓▓▓▓ b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U) REFERRAL TIME:* 16 : 15   COMPLETION TIME:* 16 : 22
+--------------------- I N S P E C T I O N   R E M A R K S --------------------+
| BAGS/INTERVEIW NEG. WAS VISITING NEPAL AND LAOS. HAS A BUSINESS THAT DOES   |
| SECURITY UPGRADES TO US EMBASSYS. VOLUNTERRED TO ME THAT HIS BUSINESS HAS   |
| HAD "SECURITY CLEARANCE" PROBLEMS IN THE PAST.                              |
|                                                                             |
+---------------▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓---------------------+
                                                   b2
```

```
14:11:11  b2              SECONDARY INSPECTION          03/20/2006
           ENTRY: 08/02/2005                UPDATE: 08/02/2005         b2
INSPECTION DTE: 08/02/2005   PORT/SITE: 5210/A522 FT LAUDERDALE, INTL MAIN FI

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:*  05191955
DOC TYPE:  P   #: 016450956         ISSUING CNTRY:   US

   GENDER:* M    RACE:* W WHITE         HISPANIC:* N (Y/N)
  CARRIER:* CO   FLT/VES #:* 9253       FLT/VES CREW:* N (Y/N)
   IN/OUT:* I    DEPART/DESTIN:* TBI    EMBARK:* TBI

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR     b2
    REASON FOR REFERRAL:* ███████████████████████

BAG EXAM:* Y (Y/N)  # BAGS X-RAYED:      PRSNL SRCH:* N (Y/N)   # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 17 : 05    COMPLETION TIME:* 17 : 07
+------------------ I N S P E C T I O N   R E M A R K S ------------------+
| PAX WENT TO BS TO VACATION FOR FIVE DAYS AT A RESORT ON CAT ISLAND       |
|                                                                          |
|                                                                          |
+-----------                                              ----------------+
```

b2

```
14:15:45  b2              SECONDARY INSPECTION              07/28/2006
          ENTRY: 07/27/2005                      UPDATE: 07/27/2005      b2
INSPECTION DTE: 07/27/2005   PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                      DATE OF BIRTH:* 05191955
 DOC TYPE:  P    #: 016450956         ISSUING CNTRY:  US

   GENDER:* M    RACE:* U UNKNOWN     HISPANIC:*  N (Y/N)
  CARRIER:* AF   FLT/VES #:* 28       FLT/VES CREW:* N (Y/N)
   IN/OUT:* I    DEPART/DESTIN:* CDG  EMBARK:* CDG

REFERRING OFFICER CODE:* CSR   CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:*  ███████████  b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 13 : 25   COMPLETION TIME:* 13 : 29
+------------------- I N S P E C T I O N   R E M A R K S -------------------+
| PAX VICE PRESIDENT OF MONTAGE, INC/ PAX RETURNING FROM 1 WEEK TRIP TO MOR |
| OCCO AND ITALY/ BAGGAGE EXAM NEGATIVE/ PAX RELEASED                      |
|                                                                          |
|                                                                          |
+----------────────────█████████████████████████████████-------------------+
                                                                b2
```

```
          ENTRY: 05/26/2005                      UPDATE: 05/26/2005
INSPECTION DTE: 05/26/2005   PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:*  05191955
 DOC TYPE:  P    #: 016450956       ISSUING CNTRY:   US

   GENDER:* M      RACE:* W WHITE       HISPANIC:* N (Y/N)
  CARRIER:* LH     FLT/VES #:* 416      FLT/VES CREW:* N (Y/N)
   IN/OUT:* I      DEPART/DESTIN:* FRA  EMBARK:* FRA

REFERRING OFFICER CODE:* INS    INS
  REASON FOR REFERRAL:*  █████████████        b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 14 : 05   COMPLETION TIME:* 14 : 13
+------------------- I N S P E C T I O N   R E M A R K S ------------------+
| █████████████/WORKS FOR MONTAGE CONSTRUCTION/WAS BIDDING ON CONTRACT FOR |
| US GOV'T HOUSING IN GERMANY/NEG BAG EXAM                                 |
|                                                                         |
|                                                                         |
+-------------------------------------------------------------------------+
         b2                                              b2
```

```
SECONDARY INSPECTION

ENTRY: 04/07/2005                                    UPDATE: 04/07/2005
INSPECTION DTE: 04/07/2005   PORT/SITE: 5210/A522 FT LAUDERDALE, INTL MAIN FI

LAST NAME:* MOAYEDI
    FIRST:* SINA                DATE OF BIRTH:* 05191955
 DOC TYPE: P   #: 016450956     ISSUING CNTRY:  US

  GENDER:* M   RACE:* U UNKNOWN   HISPANIC:* N (Y/N)
 CARRIER:* US  FLT/VES #:* 260    FLT/VES CREW:* N (Y/N)
  IN/OUT:* I   DEPART/DESTIN:* KIN  EMBARK:* KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
    REASON FOR REFERRAL:* [redacted — b2]

BAG EXAM:* N (Y/N)  # BAGS X-RAYED: 00  PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 16:20  COMPLETION TIME:* 16:24

+------------------- I N S P E C T I O N   R E M A R K S --------------------+
| PAX WENT TO BAHAMAS W/ WIFE FOR PLEASURE THEN WENT TO JAMAICA FOR BUSINES  |
| [redacted — b2]                                                            |
+---------------------------------------------------------------------------+
```

```
14:15:33  ▓▓ b2           SECONDARY INSPECTION           07/28/2006
▓▓▓▓▓▓  ENTRY: 05/12/2005                        UPDATE: 05/12/2005 ▓▓▓▓▓  b2
INSPECTION DTE: 05/12/2005   PORT/SITE: 7423/A741 NASSAU BD, AP, PRE INTL ARR

LAST NAME:* MOAYEDI
    FIRST:* SINA                       DATE OF BIRTH:* 05191955
 DOC TYPE:  P    #: 016450956          ISSUING CNTRY:  US

   GENDER:* M    RACE:* U UNKNOWN      HISPANIC:* N (Y/N)
  CARRIER:* US   FLT/VES #:* 392       FLT/VES CREW:* N (Y/N)
   IN/OUT:* I    DEPART/DESTIN:* NAS   EMBARK:* NAS

REFERRING OFFICER CODE:* INS    INS
     REASON FOR REFERRAL:* ▓▓▓▓▓▓▓▓▓▓▓▓▓ b2

BAG EXAM:* N (Y/N)  # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 11 : 35   COMPLETION TIME:* 11 : 37
+------------------ I N S P E C T I O N   R E M A R K S -------------------+
| IRANIAN BORN U.S. CITIZEN.  BUILDS EMBASSIES FOR THE U.S. STATE DEPT.    |
| NEGATIVE INSPECTION                                                      |
| ▓▓▓▓ b2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   |
+----------                              ------------------+
                                                    b2
```

```
ENTRY: 11/09/2004                              UPDATE: 11/09/2004
INSPECTION DTE: 11/09/2004    PORT/SITE: 5206/A524 MIAMI, AIRPORT CONCOURSE E

LAST NAME:* MOAYEDI
    FIRST:* SINA                     DATE OF BIRTH:* 05191955
 DOC TYPE:        #:                 ISSUING CNTRY:

   GENDER:* M    RACE:* A ASIAN      HISPANIC:* N (Y/N)
  CARRIER:* AA   FLT/VES #:* 628     FLT/VES CREW:* N (Y/N)
   IN/OUT:* I    DEPART/DESTIN:* KIN EMBARK:* KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:*  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  b2

BAG EXAM:* Y (Y/N) # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 18 : 20   COMPLETION TIME:* 18 : 30
+-------------------- I N S P E C T I O N   R E M A R K S --------------------+
| PAX IS RETURNING FROM KIN WHERE HE IS WORKING ON A PROJECT FOR THE STATE    |
| DEPARTMENT BUILDING HOUSES FOR THE EMBASSIES. PAX IS AN EMPLOYEE OF MOTAG   |
| E AN ENGINEERING COMPANY. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|                            PAX WAS CARRYING INVOICES REGARDIN CURREN        |
| T AND PAST PROJECTS. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  |
+-----------------------------------------------------------------------------+
                                                        b2
```

```
14:14:44  b2            SECONDARY INSPECTION          07/28/2006
          ENTRY: 05/01/2005                UPDATE: 05/01/2005      b2
INSPECTION DTE: 05/01/2005   PORT/SITE: 1512/A152 CHARLOTTE, DOUGLAS AIRPORT

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:* 05191955
DOC TYPE:  P    #: 016450956        ISSUING CNTRY:  US

   GENDER:* M      RACE:* A ASIAN        HISPANIC:* N (Y/N)
  CARRIER:* US    FLT/VES #:* 1140       FLT/VES CREW:* N (Y/N)
   IN/OUT:* I     DEPART/DESTIN:* BZE    EMBARK:* BZE

REFERRING OFFICER CODE:* INS    INS
    REASON FOR REFERRAL:*                              b2

BAG EXAM:* N (Y/N)  # BAGS X-RAYED:     PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 17 : 25  COMPLETION TIME:* 17 : 28
+---------------- I N S P E C T I O N   R E M A R K S ----------------+
| PAX IS THE PRESIDENT OF MONTAGE, INC.  THE COMPANY HAS BEEN CONTRACTED TO |
| CONSTRUCT U.S. EMBASSIES FOR THE STATE DEPT.  PAX WAS IN BELIZE FOR 1 WEE |
| K ON BUSINESS IN CONNECTION WITH THE CONSTRUCTION OF THE EMBASSY IN BELIZ |
| E.                                                                       |
+--------------------------------------------------------------------------+
                              b2
```

```
               ENTRY: 12/11/2004                          UPDATE: 12/11/2004            b.2
INSPECTION DTE: 12/11/2004      PORT/SITE: 5206/A524 MIAMI, AIRPORT CONCOURSE E

LAST NAME:* MOAYEDI
    FIRST:* SINA                    DATE OF BIRTH:*  05191955
 DOC TYPE:  P    #: 016450956       ISSUING CNTRY:   US

   GENDER:* M      RACE:* I AMERICAN IND   HISPANIC:* N (Y/N)
  CARRIER:* AA    FLT/VES #:* 628          FLT/VES CREW:* N (Y/N)
   IN/OUT:* I     DEPART/DESTIN:* KIN      EMBARK:* KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
   REASON FOR REFERRAL:*  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   b2

BAG EXAM:* Y (Y/N)  # BAGS X-RAYED:       PRSNL SRCH:* N (Y/N)   # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 19 : 04   COMPLETION TIME:* 19 : 09
+----------------- I N S P E C T I O N   R E M A R K S -------------------+
| PAX IS PRESIDENT OF MONTAGE, INC. BUSINESS ADDRESS IS 3636 16TH STREET, |
| NW, SUITE AG50, WASHINGTON, DC/BUSINESS TELE: 202 332-0186. PAX HOME ADDR |
| ESS IS 1810 KENYON ST./PAX WAS IN JAMAICA FOR 4 DAYS ON BUSINESS/PAX    |
| STATED THAT HE WAS A GOVERNMENT CONTRACTOR FOR GOV. EMPLOYEE HOUSING.   |
+----------▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓-------------------+
```

b2

```
           ENTRY: 02/05/2004                            UPDATE: 02/05/2004
  INSPECTION DTE: 02/05/2004      PORT/SITE: 5401/A541 WASH DC, DULLES INTL AP

  LAST NAME:* MOAYEDI
      FIRST:* SINA                 DATE OF BIRTH:* 05191955
   DOC TYPE:  P    #: 016450956    ISSUING CNTRY:   US

     GENDER:* M     RACE:* U UNKNOWN    HISPANIC:* N (Y/N)
    CARRIER:* KL    FLT/VES #:* 651     FLT/VES CREW:* N (Y/N)
     IN/OUT:* I     DEPART/DESTIN:* AMS EMBARK:* AMS

  REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR
     REASON FOR REFERRAL:* ████████████████████████

  BAG EXAM:* Y (Y/N) # BAGS X-RAYED:    PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
  POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 14 : 59   COMPLETION TIME:* 15 : 02
  +----------------- I N S P E C T I O N   R E M A R K S -------------------+
  | 100% EXAM NEG RESULTS. PAX TRAVELED TO IRAN,AND ETITREA, HUNGARY FOR    |
  | WORK AND VISIT FAMILY IN IRAN. PAX HAS BEEN OUT THE COUNTRY FOR 2 WEEKS.|
  |                                                                        |
  |                                                                        |
  +------------------------------------------------------------------------+
```

```
            ENTRY: 01/29/2005                         UPDATE: 01/29/2005            b2
INSPECTION DTE: 01/29/2005    PORT/SITE: 5210/A522 FT LAUDERDALE, INTL MAIN FI

LAST NAME:* MOAYEDI
    FIRST:* SINA                       DATE OF BIRTH:*  05191955
 DOC TYPE:   P    #: 016450956         ISSUING CNTRY:   US

   GENDER:* M      RACE:* U UNKNOWN      HISPANIC:*  N (Y/N)
  CARRIER:* JM    FLT/VES #:* 37         FLT/VES CREW:* N (Y/N)
   IN/OUT:* I     DEPART/DESTIN:* KIN    EMBARK:* KIN

REFERRING OFFICER CODE:* CSR    CUSTOMS CHECKPOINT/PRIMAR   b2
   REASON FOR REFERRAL:* ███████████████

BAG EXAM:* N (Y/N)  # BAGS X-RAYED: 02  PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 15 : 20  COMPLETION TIME:* 15 : 28
+------------------- I N S P E C T I O N   R E M A R K S --------------------+
| MOAYEDI WENT TO JAM TO WORK ON BUILDING PROJECT FOR APARTMENTS FOR US      |
| EMBASSY EMPLOYEES COMPANY IS MONTAGE INC A GOV'T CONTRACTED CO HAS OWNED   |
| THE CO FOR 20 YEARS ███████████████████      b2                            |
|                                                                            |
+---------████████████████████████████████████-------------------------------+
                                    b2
```