UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, ) | |
| ) | Civil Case No. 06-1082 (RBW) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| U.S. CUSTOMS AND BORDER ) | |
| PROTECTION SERVICE, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of defendant's motion for summary judgment, the response thereto and the entire record in this matter, it is hereby

ORDERED that the motion is GRANTED and plaintiff's complaint is DISMISSED WITH PREJUDICE.

Date: _____
        UNITED STATES DISTRICT JUDGE