UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, )<br>)<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND )<br>BORDER PROTECTION, )<br>)<br>      **Defendant.** )<br>_____) | Civil Action No. 06-1082 (RBW) |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**[1]

**I.  Introduction**

Plaintiff, Sina Moayedi, by counsel, moves this Honorable Court, pursuant to FRCP 56 and LCvR 7.1 (h) for entry of summary judgment against the United States Customs and Border Protection (CBP).

In support whereof, Mr. Moayedi submits (i) Plaintiff's Memorandum of Points and Authorities; (ii) Unsworn Declaration of Sina Moayedi; (iii) Statement of Genuine Issues of Material Fact Not In Dispute; (iv) proposed Order, filed herewith.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order:

1. Granting his Cross-Motion for Summary Judgment;

2. Enter Judgment in favor of Plaintiff and against CBP;

---

[1] Mr. Moayedi is mindful of the Court's deadline for dispositive motions. However, partial grounds for summary judgment were available to Mr. Moayedi only in the Declaration of Dorothy Pullo, which first became available to him as an attachment to CBP's motion for summary judgment filed on November 9, 2006.

3. Grant Plaintiff such other and further relief as this Court deems just and proper.

Dated: December 13, 2006.

SINA MOAYEDI

By his attorneys:

_____
Eric R. Stanco, Esquire
(D.C. Bar No. 456896)
Eric R. Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)