UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SINA MOAYEDI, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1082 (RBW) |
| | ) | |
| U.S. CUSTOMS AND | ) | |
| BORDER PROTECTION, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____) | | |

### PLAINTIFF, SINA MOAYEDI'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT NOT IN DISPUTE IN SUPPORT OF HIS CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff, Sina Moayedi, submits this statement of material facts as to which there is no genuine dispute in accordance with Local Rule 7.1.

1. On November 9, 2004, Mr. Moayedi was detained and questioned by U.S. Customs at Miami International Airport upon returning from a business trip to Jamaica. Moayedi Decl., ¶ 5; Defendant's Exhibit A, Bates No. 0009.

2. Since then, Mr. Moayedi has been detained in the process of re-entry to the United States by U.S. Customs and Border Protection (CBP) on the following dates and at the following airports: December 11, 2004, Miami; January 29, 2005, Fort Lauderdale; February 5, 2005, Washington/Dulles; February 19, 2005, Miami; April 3, 2005, Fort Lauderdale; April 7, 2005, Fort Lauderdale; April 16, 2005, Washington/Dulles; May 1, 2005, Charlotte, N.C.; May 7, 2005, Miami; May 12, 2005, Nassau, the Bahamas; May 26, 2005, Washington/Dulles; July 27, 2005, Washington, Dulles; August 2, 2005, Fort Lauderdale; August 14, 2005, Washington/Dulles; October 24, 2005,

Washington/Dulles; December 17, 2005, Atlanta; April 6, 2006, Fort Lauderdale; May 7, 2006, Miami; and May 25, 2006, Fort Lauderdale. Moayedi Decl., ¶ 6; Defendant's Exhibit A.

    2.    On November 20, 2004, Mr. Moayedi's counsel submitted a written FOIA request on his behalf to CBP under the Act requesting access to the following records and to documents containing the following information:

- The reason(s) Mr. Moayedi was selected for search by CBP;

- Whether Mr. Moayedi is on any "watch list" or other list of persons of interest of CBP, or deserves any special attention by CBP;

- Whether CBP has been notified by any other agency or department of the United States that Mr. Moayedi is on any "watch list" or other list of persons of interest, or deserves special attention;

- Whether Mr. Moayedi's passport record or other record on file with CBP contains any notation or indication that he should be stopped and searched or that he should be treated or inspected differently from any other U.S. Citizen;

- All documents and communications by and between the CBP and any other agencies or departments of the United States concerning Items 1 through 4 above;

- All reports, findings or conclusions resulting from the interview and/or search of Mr. Moayedi on November 9, 2004. Compl., Exhibit A.

    3.    On January 3, 2005, CBP sent an unsigned form reply letter to Mr. Moayedi's counsel acknowledging the FOIA request and requiring Mr. Moayedi's execution of an included "Release of Records" form authorizing his attorney to receive his records and responsive information. Compl., Exhibit B. Mr. Moayedi executed that form and returned it to CBP on January 6, 2005. Compl., Exhibit C.

4.	Subsequently, Mr. Moayedi did not receive any response or other communication from CBP. Compl., ¶ 16. Accordingly, on February 4, 2005, Mr. Moayedi's attorney wrote a letter to CBP inquiring about the status of his FOIA request and seeking an identification of the FOIA officer handling his request so that person could be contacted directly in that regard.  Compl., Exhibit D.

CBP failed to respond to counsel's February 4, 2005. Compl., ¶ 18. Pursuant to 5 U.S.C. § 552 (a) (6) (A) (I), CBP was required to determine whether to comply with Plaintiff's request by December 20, 2004. Compl., ¶ 19.

However, CBP failed to issue any such determination by that date, nor did CBP invoke the provisions of 5 U.S.C. § 552 (a) (6) (B) concerning any desired extension of time to respond to Mr. Moayedi's request. Compl., ¶ 20.

Because CBP failed to comply with the time limits set forth in 5 U.S.C. § 552 (a) (6) (A) or to extend those limits under § 552 (a) (6) (B), pursuant to § 552 (a) (6) (C), Mr. Moayedi is deemed to have exhausted all administrative remedies applicable to his request. Compl., ¶ 20. On June 12, 2006, Mr. Moayedi filed the instant action.

On August 1, 2006, CBP sent a letter and copies of 24 records located as a result of its search pursuant to Mr. Moayedi's request. Defendant's Exhibits A and F. On November 9, 2006, CBP filed its Motion for Summary Judgment.

        Respectfully submitted,

        SINA MOAYEDI,

        By his attorneys:

        _____

        Eric R. Stanco
        (D.C. Bar No. 456896)
        Stanco & Associates
        126 C Street, N.W.
        Washington, D.C. 20001
        (202) 331-8822
        (202) 331-9705 facsimile