UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, )<br>)<br>        **Plaintiff,** )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND )<br>BORDER PROTECTION, )<br>)<br>        **Defendant.** )<br>_____) | Civil Action No. 06-1082 (RBW) |

**[proposed]**
**ORDER**

**THIS MATTER** having been brought before this Court by Plaintiff, Sina Moayedi, on its Opposition to Defendant, CBP's Motion for Summary Judgment, and Plaintiff's Cross-Motion for Summary Judgment, upon consideration of the pleadings and papers,

**IT IS ORDERED AND ADJUDGED**:

1. That CBP's Motion be and hereby is DENIED;

2. Mr. Moayedi's Cross-Motion be and hereby is GRANTED;

3. That CBP conduct an appropriate search and produce all non-exempt documents responsive to Mr. Moayedi's November 20, 2004 FOIA request, to include searching all regional and district offices having jurisdiction over the CBP officials at the international airports enumerated above where Mr. Moayedi was detained and questioned from November 9, 2004 to the present;

3. That CBP to conduct an appropriate to produce all information redacted under (b)(2) and appearing in the fields labelled "reason", "remarks", and "comments"; to release or cite an

exemption for failing to release copies of screens 2 and 3 in relation to Record No. 0001; or , in the alternative;

    4.    That CBP allow discovery; and

    5.    That Mr. Moayedi be awarded his reasonable attorneys costs and fees pursuant to FOIA § (a)(4)(E).

**ENTERED** this _____ day of _____, 200___.

_____