IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION SERVICE, )<br>)<br>Defendant. )<br>) | Case No. 06-1082 (RBW) |

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT

### I. Introduction

Plaintiff, Sina Moayedi, by counsel, moves this Honorable Court, pursuant to FRCP 7 and LCvR 7(f), to permit oral argument on Defendant, U.S. Customs and Border Protection Service's (CBP) Motion for Summary Judgment, and on Mr. Moayedi's Cross-Motion for Summary Judgment.

CBP filed its Motion for Summary Judgment on November 9, 2006. In turn, Mr. Moayedi filed his Cross-Motion for Summary Judgment on December 13, 2006.

**WHEREFORE**, plaintiff, Sina Moayedi, respectfully requests that this Court:

1. Set for hearing and permit oral argument on the Motion for Summary Judgment and the Cross-Motion for Summary Judgment; and

2. Grant such other and further relief as this Court deems just and proper.

SINA MOAYEDI

By his attorneys:

_____
Eric R. Stanco, Esquire
(D.C. Bar No. 456896)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)