UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION SERVICE, )<br>)<br>Defendant. )<br>) | Civil Case No. 06-1082 (RBW) |

CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE AND REPLY

The defendant respectfully requests an extension of time until January 11, 2007 in which to file its response to plaintiff's cross-motion for summary judgment and its reply to plaintiff's opposition to defendant's motion for summary judgment. The response and reply currently are scheduled to be filed on December 28, 2007. This is defendant's first request for an extension of time for these filings. Plaintiff's counsel has been consulted and he consents to this motion.

Defendant seeks the extension so that counsel can obtain information from the agency

required to make its responses.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        _____
        RHONDA C. FIELDS
        Assistant United States Attorney
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        202/514/6970