UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SINA MOAYEDI, | ) | |
| | ) | Civil Case No. 06-1082 (RBW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| U.S. CUSTOMS AND BORDER PROTECTION SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the consent motion for an extension of time until January 11, 2007 for defendant to file its response and reply to plaintiff's cross-motion for summary judgment and opposition to defendant's motion for summary judgment, respectively, it is hereby

ORDERED that the motion is granted.


Date: _____
UNITED STATES DISTRICT JUDGE