UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION SERVICE, )<br>)<br>Defendant. )<br>) | Civil Case No. 06-1082 (RBW) |

ORDER

Upon consideration of defendant's motion for summary judgment, plaintiff's cross-motion for summary judgment, and the responses thereto, it is hereby

ORDERED that the defendant's motion for summary judgment is GRANTED, and it is further

ORDERED that plaintiff's cross motion for summary judgment is DENIED.


Date: _____    _____
                                  UNITED STATES DISTRICT JUDGE