UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI,            )<br>                          )<br>    Plaintiff,         )<br>v.                        )<br>                          )<br>U.S. CUSTOMS AND BORDER   )<br>PROTECTION SERVICE,       )<br>                          )<br>    Defendant.        )<br>_____) | Civil Case No. 06-1082 (RBW) |

ERRATA TO
REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

The attached Supplemental Declaration of Dorothy Pullo inadvertently was not attached to the captioned reply and opposition.

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970