IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA MOAYEDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1082 (RBW) |
| ) | |
| U.S. CUSTOMS AND ) | |
| BORDER PROTECTION, ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL DECLARATION OF DOROTHY PULLO

I, Dorothy Pullo, pursuant to 28 U.S.C. § 1746, declare that the purpose of this declaration is to supplement my declaration of September 25, 2006 that was filed with this court in the above-captioned case. Twenty-four pages of responsive documents were released to Plaintiff, with redacted information pursuant to exemptions under the Freedom of Information Act (FOIA). Included with these documents was a page marked Bates 0001. Bates 0001 indicates at the top center of the page that it is "1 of 3". On the bottom right of Bates 0001 is the statement that "subsequent screens are blank." The remaining two pages of this record were not provided in the documents released to Plaintiff because they only contained the data fields for potential information, and did not contain any information that corresponded to those data fields.

These two pages were therefore deemed to contain no information that was responsive to Plaintiff's FOIA request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that the exhibits attached hereto are true and correct copies.

Executed this 10th day of January, 2007.

Dorothy Pullo
Supervisory Program Analyst
Office of Field Operations
U.S. Customs & Border Protection
Washington, D.C.