AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                  |   |                                    |
|------------------|---|------------------------------------|
| Plaintiff(s)     | ) | **APPEARANCE**                     |
|                  | ) |                                    |
| vs.              | ) | CASE NUMBER   Civil Action 06-1082 |
|                  | ) |                                    |
| Defendant(s)     | ) |                                    |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Valerie Elizabeth Powell__ as counsel in this
(Attorney's Name)

case for: __Montage, Inc.__
(Name of party or parties)

__April 9, 2007__                    _/s/ Valerie Elizabeth Powell_
Date                                 Signature

                                     Valerie Elizabeth Powell
__474117__                           Print Name
BAR IDENTIFICATION
                                     Stanco & Associates, 126 C Street, NW
                                     Address

                                     Washington, DC              20001
                                     City         State          Zip Code

                                     (202) 331-8822
                                     Phone Number