AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|              |   |                        |
|--------------|---|------------------------|
| Plaintiff(s) | ) | **APPEARANCE**         |
|              | ) |                        |
| vs.          | ) | CASE NUMBER 1:06cv01082|
|              | ) |                        |
| Defendant(s) | ) |                        |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Valerie Elizabeth Powell__ as counsel in this
(Attorney's Name)

case for: __Sina Moayedi__
(Name of party or parties)

__April 10, 2007__
Date

*/s/ Valerie Elizabeth Powell*
Signature

__474117__
BAR IDENTIFICATION

Valerie Elizabeth Powell
Print Name

Stanco & Associates, 126 C Street, NW
Address

Washington, DC            20001
City         State        Zip Code

(202) 331-8822
Phone Number