UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| SINA MOAYEDI,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1082 (RBW) |

## ORDER

In accordance with the Memorandum Opinion being issued contemporaneously herewith, it is hereby

ORDERED that Defendant's Motion for Summary Judgment [D.E. # 6] is granted. It is further

ORDERED that the Plaintiff's Cross Motion for Summary Judgment [D.E. # 7] is denied.

SO ORDERED on this 11th day of September, 2007.

REGGIE B. WALTON
United States District Judge